UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 21-00954-JWH (KKx) | Date | October 22, 2021 |
| Title | *Min Kang v. Bank of America, N.A.* | | |

| Present: The Honorable | JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE |
|---|---|
| Irene Vazquez | Myra Ponce |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Matthew Michael Loker | E. Christine Hehir |

**Proceedings:** **VIDEO HEARING RE: DEFENDANT'S MOTION TO DISMISS COMPLAINT [ECF No. 15]**

Counsel state their appearances. The Court confers with counsel. For the reasons stated on the record, the Court **ORDERS** as follows:

1. Defendant's motion to dismiss [ECF No. 15] is **GRANTED with leave to amend**.

2. Defendant's Request for Judicial Notice [ECF No. 15-1] is **GRANTED-IN-PART and DENIED-IN-PART**. The Court takes judicial notice of the documents categorized as Exhibit D.

3. Plaintiff's deadline to file its anticipated amended pleading is November 12, 2021.

**IT IS SO ORDERED.**

Time: 00:18
Initials of Preparer: iv