# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIN KANG<br><br>Plaintiff(s),<br><br>v.<br><br>BANK OF AMERICA, N.A.<br><br>Defendant(s). | CASE NUMBER:<br><br>5:21–cv–00954–JWH–KK<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __11/29/2021__

Document Number(s):   __29__

Title of Document(s):   __MOTION to Dismiss FIRST AMENDED COMPLAINT__

**ERROR(S) WITH DOCUMENT:**

Proposed Document was not submitted as separate attachment.

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: _December 1, 2021_     By:  _/s/ Yvette Louis  yvette_louis@cacd.uscourts.gov_
                                          Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.