UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

MIN KANG,

        Plaintiff,

  v.

BANK OF AMERICA, N.A.,

        Defendant.

Case No. 5:21-cv-00954-JWH-KK

**JUDGMENT**

Pursuant to the "Order Granting Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint [ECF No. 43]" entered substantially concurrently herewith, and in accordance with Rules 12 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332.

2. The operative pleading is the Second Amended Complaint [ECF No. 39] of Plaintiff Min Kang.

3. Defendant Bank of America, N.A. shall have **JUDGMENT** in its **FAVOR**, and **AGAINST** Plaintiff Min Kang. Plaintiff Min Kang shall take nothing by way of her Second Amended Complaint. This action is **DISMISSED**.

4. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: May 24, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE